Active Care Medical Supply Corp., as Assignee of Aquino, Gertrudis, Appellant,
against
Hartford Insurance Company, Respondent.




The Rybak Firm, PLLC (Damin J. Toell of counsel), for appellant.
The Law Office of Tobias & Kuhn (Marisa Villeda of counsel), for respondent.

Appeal from an order of the Civil Court of the City of New York, Kings County (Richard J. Montelione, J.), entered December 17, 2015. The order granted defendant's motion for summary judgment dismissing the complaint and denied plaintiff's cross motion for summary judgment.




ORDERED that the order is affirmed, with $25 costs.
In this action by a provider to recover assigned first-party no-fault benefits, plaintiff appeals from an order of the Civil Court which granted defendant's motion for summary judgment dismissing the complaint and denied plaintiff's cross motion for summary judgment. The court found that defendant had established that there was no coverage for no-fault benefits because defendant had demonstrated that the Workers' Compensation Board had awarded workers' compensation benefits to plaintiff's assignor for injuries she had sustained in the accident which gave rise to the claims at issue.
For the reasons stated in Active Care Med. Supply Corp., as Assignee of Holland, Monique v Hartford Ins. Co. (__ Misc 3d ___, 2018 NY Slip Op _____ [appeal No. 2016-189 K C], decided herewith), the order is affirmed.
PESCE, P.J., ALIOTTA and ELLIOT, JJ., concur. 
ENTER:
Paul Kenny
Chief Clerk
Decision Date: November 09, 2018